545 Fifth Avenue, Suite 401, New York, NY 10017
Tel: 212-867-4100  Fax: 212-867-4118
www.fkbllp.com



**MEMO ENDORSED**

June 9, 2009

<u>Via Facsimile (212) -805-7930</u>

Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/09

Re:  *Gabayzadeh v. Brafman, et al.*
     Case No.: 1:09-CV-4095-PAC-JCF
     Request for Extension of Time to Respond
     FKB File no. 301.096

Dear Judge Francis:

My Firm has been retained to represent Defendants Benjamin Brafman, Brafman & Ross, P.C., Brafman & Associates, P.C., and Jennifer A. Liang (collectively "Brafman Defendants") in connection with the above-captioned matter. We write pursuant to your Honor's Individual Practice Rule 1.E, to request a thirty (30) day extension to file an answer, or alternatively, to move for dismissal of the Complaint under Fed. R. Civ. P. 12.[1]

We understand that the Brafman Defendants received a copy of the summons and complaint on May 20, 2009, and the deadline for the Brafman Defendants to file a response is June 20, 2009. Thus, the Brafman Defendants respectfully seek a thirty (30) day extension through July 20, 2009 to respond. A thirty (30) day extension will serve the salutary purpose of permitting us to meet with our clients to discuss the claim and consider an appropriate response, including the possibility of filing a motion to dismiss the Complaint.

Since the Complaint states that the *pro se* plaintiff is currently incarcerated in the Fort Dix Correctional Institute, we have not attempted to contact plaintiff as required under your Honor's Individual Practice Rules. We believe that plaintiff's *pro se* status and incarceration would make it difficult to comply with that requirement while advancing this application in a timely manner.

---

[1] This Court has recently granted a similar application made by co-defendants, Robert F. Katzberg and Kaplan & Katzberg.

{00019769;1 }

No previous request for an extension has been made. We are available to conference the matter at the Court's convenience. Thank you for your attention to this matter.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Andrew S. Kowlowitz

cc: Via Overnight Mail

Mehdi Gabayzadeh
*Pro se plaintiff*
Reg. No. 68419-053
PO Box 2000
F.C.I. Fort Dix
Fort Dix, N.J. 08640

Deborah A. Schwartz
*Defendant*
210 11th Avenue, Ste-1103
New York, N.Y. 10001

Thomas W. Hyland, Esq.
Anastasios P. Tonorezos, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Counsel for Katzberg defendants*
150 East 42nd Street
New York, N.Y. 10017

6/10/09
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

{00019769;1}