UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MEHDI GABAYZADEH, *Pro Se*

                 Plaintiff,

-against-

BENJAMIN BRAFMAN, BRAFMAN & ROSS, P.C.,
BRAFMAN & ASSOCIATES, P.C., ROBERT F. KATZBERG,
KAPLAN & KATZBERG, JENNIFER A. LIANG, DEBORAH
A. SCHWARTZ,

                 Defendants.
------------------------------------------------------------------------ X

Civil Action No.:
09 CV 4095 (PAC)(JCF)

**DECLARATION OF THOMAS W. HYLAND**

Hon. James C. Francis

THOMAS W. HYLAND, declares, pursuant to the provisions of 28 U.S.C. § 1746:

1. I am a member of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendants Robert F. Katzberg and Kaplan & Katzberg ("Katzberg"). I am fully familiar with the facts and circumstances set forth herein.

2. This declaration is submitted, together with the exhibits annexed hereto and the Memorandum of Law, in support of Katzberg's motion for an Order dismissing the claims asserted against them in the Complaint with prejudice pursuant to Fed. R. Civ. P. Rules 12 (b)(6) and 9(b); and such other further and different relief as this Court deems just and proper.

3663187.1

3. A copy of Plaintiff's Complaint is annexed hereto as Exhibit "A."

4. A true and accurate copy of the Verdict Sheet in <u>United States of America v. Mehdi Gabayzadeh</u>; 03-CR-162(S-2)(JS), dated April 13, 2005, executed by the Foreperson Hon. Debra A. James' Order dated December 14, 2006, is annexed as Exhibit "B".

Dated:   New York, New York
         July 28, 2009

                                    Yours etc.,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                    By: _____
                                    Thomas W. Hyland (TH-3559)
                                    Anastasios P. Tonorezos (AT-8709)
                                    Attorneys for Defendants
                                    Robert F. Katzberg and Kaplan & Katzberg
                                    150 East 42nd Street
                                    New York, New York 10017-5639
                                    Tel. No.: (212) 490-3000
                                    Fax No.: (212) 490-3038
                                    thomas.hyland@wilsonelser.com
                                    ernest.tonorezos@wilsonelser.com
                                    File No. 07765.00130

3663187.1