# EXHIBIT B

EXHIBIT NO. ᴐ 1
IDENTIFICATION/EVIDENCE
DOCKET NO.
DATE: 4/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

     -against-

MEHDI GABAYZADEH,

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

VERDICT SHEET
03-CR-162(S-2)(JS)

SEYBERT, District Judge:


COUNT ONE -- Conspiracy to Commit Securities Fraud (Title 18, United States Code, Sections 371 and 3551 et seq.).

    1.    How do you find the defendant as to Count One of the Indictment?

          Guilty  X        Not Guilty  _____    (P)


COUNT TWO -- Conspiracy to Commit Bank Fraud (Title 18, United States Code, Sections 371 and 3551 et seq.).

    2.    How do you find the defendant as to Count Two of the Indictment?

          Guilty  X        Not Guilty  _____    (B)


COUNT THREE -- Bank Fraud (Title 18, United States Code, Sections 1344, 2 and 3551 et seq.).

    3.    How do you find the defendant as to Count Three of the Indictment?

          Guilty  X        Not Guilty  _____

COUNT FOUR -- Wire Fraud -- Cellu Tissue (Title 18, United States Code, Sections 1343, 2 and 3551 et seq.).

    4.   How do you find the defendant as to Count Four of the Indictment?

       (Guilty  X)       Not Guilty _____

COUNT FIVE -- Interstate Transportation of Property Obtained by Fraud (Title 18, United States Code, Sections 2314, 2 and 3551 et seq.).

    5.   How do you find the defendant as to Count Five of the Indictment?

       (Guilty  X)       Not Guilty _____

COUNT SIX -- Bankruptcy Fraud (Title 18, United States Code, Sections 152(4), 2 and 3551 et seq.).

    6.   How do you find the defendant as to Count Six of the Indictment?

       (Guilty  X)       Not Guilty _____

COUNT SEVEN -- Conspiracy to Commit Perjury (Title 18, United States Code, Sections 371 and 3551 et seq.).

    7.   How do you find the defendant as to Count Seven of the Indictment?

       (Guilty  X)       Not Guilty _____    (B)

COUNT EIGHT -- Obstruction of Justice (Title 18, United States Code, Sections 1512(b)(1) and 3551 et seq.).

    8.    How do you find the defendant as to Count Eight of the Indictment?

        Guilty  X        Not Guilty  _____

_____
Signature of Foreperson

Dated:    Central Islip, New York
         April _13_, 2005

3