UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MEHDI GABAYZADEH,

                           Plaintiff,

    v.

BENJAMIN BRAFMAN, BRAFMAN & ROSS,
P.C., BRAFMAN & ASSOCIATES, P.C., ROBERT F.
KATZBERG, KAPLAN & KATZBERG, JENNIFER
A. LIANG, and DEBORAH SCHWARTZ

                           Defendants.
-----------------------------------------------------------------x

No.: 1:09-CV-4095-PAC-JCF

**AFFIDAVIT OF**
**ANDREW S. KOWLOWITZ**

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK )

      ANDREW S. KOWLOWITZ, being duly sworn, deposes and says:

      1.      I am associated with the law firm of Furman Kornfeld & Brennan LLP, attorneys for defendants Benjamin Brafman, Esq., Brafman & Ross, P.C., Brafman & Associates, P.C., and Jennifer Liang, Esq. (collectively, "Brafman defendants"), in the above-captioned matter.

      2.      The Brafman defendants have moved this court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the complaint (DE #1) in its entirety with prejudice.

      3.      Attached herein as <u>Exhibit-1</u>, in support of the Brafman defendants' motion to dismiss, is a true and accurate copy of a docket sheet, *United States v. Gabayzadeh*, No. 2:08-CR-162-JS-WDW (E.D.N.Y.).

      4.      Attached herein as <u>Exhibit-2</u>, in support of the Brafman defendants' motion to dismiss, is a true and accurate copy of a Judgment in a Criminal Case, *United States v. Gabayzadeh*, No. 2:08-CR-162-JS-WDW (E.D.N.Y.).

5. Attached herein as Exhibit-3, in support of the Brafman defendants' motion to dismiss, is a true and accurate copy of a docket sheet, *United States v. Gabayzadeh*, No. 06-5466-cr (2d Cir.).

6. Based upon the attached, and upon the reasons set forth more fully within the accompanying memorandum of law, the Brafman defendants respectfully request that the motion to dismiss be granted in its entirety with prejudice.

Andrew S. Kowlowitz

Sworn to before me this
19th day of August, 2009

Notary Public

SINAN AYDINER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AY6125832
Qualified in Queens County
Commission Expires April 25, 20 13