```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MEHDI GABAYZADEH,                       : 09 Civ. 4095 (PAC) (JCF)
                                        :
              Plaintiff,                :     O R D E R
                                        :
    - against -                         :
                                        :
BENJAMIN BRAFMAN, BRAFMAN & ROSS,       :
P.C., BRAFMAN & ASSOCIATES, P.C.,       :
ROBERT F. KATZBERG, KAPLAN &            :
KATZBERG, JENNIFER A. LIANG,            :
DEBORAH A. SCHWARTZ,                    :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09

Plaintiff having submitted a motion to change venue, apparently based on defendants' purported "influence" in this district, it is hereby ORDERED that the motion is denied.

SO ORDERED.

*(signature)*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         October 6, 2009

Copies mailed this date:

Mehdi Gabayzadeh
Reg. No. 68419-053
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Anastasios P. Tonorezos, Esq.
Thomas W. Hyland, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker, LLP
150 East 42nd Street
New York, New York 10017

Andrew S. Kowlowitz, Esq.
Furman Kornfeld & Brennan LLP
545 Fifth Avenue - Suite 401
New York, New York 10017

Deborah A. Schwartz, Esq.
210 11th Avenue, Suite 1103
New York, New York 10001