```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MEHDI GABAYZADEH,                       : 09 Civ. 4095 (PAC) (JCF)
                                        :
                Plaintiff,              :     O R D E R
                                        :
        - against -                     :
                                        :
BENJAMIN BRAFMAN, BRAFMAN & ROSS,       :
P.C., BRAFMAN & ASSOCIATES, P.C.,       :
ROBERT F. KATZBERG, KAPLAN &            :
KATZBERG, JENNIFER A. LIANG,            :
DEBORAH A. SCHWARTZ,                    :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/09

Plaintiff having submitted a motion extending his time to answer the motion to dismiss filed by the Brafman defendants, and plaintiff having submitted several other motions, it is hereby ORDERED as follows:

1. Plaintiff's motion to extend time (Docket no. 70) is granted. Plaintiff shall submit answering papers by January 26, 2010. The Brafman defendants shall reply by February 15, 2010.

2. Plaintiff's motion suggests that he has not been served with the Brafman defendants' motion papers (Motion ¶ 8). This appears anomalous, given that plaintiff has requested additional time to respond. Nevertheless, to ensure that plaintiff has all relevant documents, a copy of the motion papers are being forwarded to him along with this order.

3. Plaintiff's "Motion to Refile Plaintiff's Objections in the Magistrate Judge 9/29/09 Order Preventing the Filing of the First Amended Complaint That Was Served on Defendants on 8/11/09" (Docket no. 58) is denied as moot. By Order dated September 22,

2009, Judge Crotty identified the operative pleading and provided for its filing.

    4. Plaintiff's motion for a default judgment (Docket no. 59) is denied.

    5. Plaintiff's motion for declaratory relief (Docket no. 62) is denied.

    6. Plaintiff's motion to "correct" the docket (Docket no. 63) is denied.

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          December 14, 2009

Copies mailed this date:

Mehdi Gabayzadeh
Reg. No. 68419-053
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Anastasios P. Tonorezos, Esq.
Thomas W. Hyland, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker, LLP
150 East 42nd Street
New York, New York 10017

Andrew S. Kowlowitz, Esq.
Furman Kornfeld & Brennan LLP
545 Fifth Avenue - Suite 401
New York, New York 10017

2

Deborah A. Schwartz, Esq.
210 11th Avenue, Suite 1103
New York, New York 10001