**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/11
```

---------------------------------X
MEHDI GABAYZADEH,                |
        Plaintiff,  |      **NOTICE OF APPEAL**
   -V-                          |
                                 |
BENJAMIN BRAFMAN, et al.,        |      09 civ. 4095    (PAC) (JCF)
        Defendants.  |
---------------------------------X

Notice is hereby given that  Mehdi Gabayzadeh, Plaintiff,
                                            (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]
entered on May 13, 2011, in the United States District Court, Southern District of New York, by the Honorable Paul J. Crotty, United States District Judge, upon his Order dated May 11, 2011, granting the Motion to Dismiss of the Defendants, with prejudice.


entered in this action on the ___13th___ day of __May__, __2011__.
                                  (day)      (month)    (year)


                                                 (Signature)
                                      Mehdi Gabayzadeh
                                      Reg. No. 68419-053
                                          (Address)
                                      F.C.I. Fort Dix,
                                      P.O. Box 2000, Fort Dix, NJ 08640
                                      (City, State and Zip Code)

Date: __June 2, 2011__          ( )_____-_____
                                            (Telephone Number)


Note: You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).